ROOT, administrator of EDWARDS, *against* TAYLOR.

*N. WILLIAMS*, for the defendant, moved for judgment as in case of nonsuit, for not bringing the cause to trial, according to the course and practice of the Court. It appeared that the venue was laid in the county of *Albany*, and that the issue was joined in *June* last. At the last *August* term, the venue was changed, on motion of the defendant, from the county of *Albany* to the county of *Montgomery*; and the defendant's affidavit stated, that he had received no notice of the trial of the cause, nor was the same brought to trial at the last *Montgomery* circuit, held in *September* last.

*Where the venue in a cause is changed, a copy of the rule for changing the venue must be served on the plaintiff's attorney.*

*Foot*, contra, read an affidavit, stating that the cause was noticed for trial, as an inquest, at the last circuit in the

county of *Albany*, and an *inquest* taken in the cause on the 3d of *October* last; and that no copy of the rule for changing the venue had ever been served on the plaintiff's attorney.

*Per Curiam.* The motion must be denied. A copy of the rule for changing the venue ought to have been served on the plaintiff's attorney.

Motion denied.